IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MICHIGAN, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, the COMMONWEALTH of MASSACHUSETTS, the COMMONWEALTH of VIRGINIA, and the DISTRICT OF COLUMBIA, ex rel. ANDREW WHITE, MARK ROSENBERG, and ANN WEGELIN, <br><br>　　　　Plaintiffs-Relators, <br><br>　v. <br><br>RITE AID CORPORATION, et al. <br><br>　　　　Defendants. | ) CASE NO.: 1:21CV1239 <br>) <br>) <br>) JUDGE CHARLES E. FLEMING <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) NOTICE OF CORRECTION <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

　　The United States hereby notifies the Court that its November 18, 2022, Notice of Partial Intervention inadvertently listed the corporate name for one of the Defendants as Rite Aid HDQTRS., Inc. The correct corporate name is Rite Aid HDQTRS. Corporation, as reflected in

the case caption. There are no other changes to the government's Notice, and no action required by this Court.

                                                            Respectfully submitted,

| | |
|---|---|
| MICHELLE M. BAEPPLER | BRIAN M. BOYNTON |
| First Assistant United States Attorney | Principal Deputy Assistant Attorney |
| Northern District of Ohio | General |
| | Civil Division |
| By: /s/ Patricia M. Fitzgerald | Jamie A. Yavelberg |
| Patricia M. Fitzgerald (PA: 308973) | Natalie A. Waites |
| Elizabeth L. Berry (OH: 0095524) | Christopher G. Wilson (OH: 0092705) |
| Assistant United States Attorneys | Yolonda Y. Campbell (VA: 83714) |
| United States Court House | U.S. Department of Justice |
| 801 West Superior Avenue, Suite 400 | Civil Division |
| Cleveland, OH 44113 | P.O. Box 261 |
| (216) 622-3779/3682 | Washington, D.C. 20044 |
| (216) 522-2404 (facsimile) | (614) 255-1630/(801) 325-3360 |
| Patricia.Fitzgerald2@usdoj.gov | (614) 469-2769 (facsimile) |
| Elizabeth.Berry2@usdoj.gov | Christopher.G.Wilson@usdoj.gov |
| | Yolonda.Y.Campbell@usdoj.gov |