IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA et al. )<br>*ex rel.* Andrew White, Mark Rosenberg, )<br>and Ann Wegelin, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RITE AID CORPORATION, et al., )<br>)<br>Defendants. ) | Civil Action No. 1:21-CV-01239-CEF |

## **ORDER**

The Plaintiff States of Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Nevada, New Hampshire, New Jersey, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, and the District of Columbia have declined to intervene in this action pursuant to those Plaintiff States' respective false claims act statutes as described in the Plaintiff States' Notice of Election. The Plaintiff State of California does not join in the declination, but instead has notified the Court of its intention to make an intervention decision on or before the May 2, 2023 deadline pursuant to the Court's previous Order (ECF No. 27). Accordingly, **IT IS HEREBY ORDERED** that:

1. The Complaint shall be unsealed and the seal shall be lifted as to all matters occurring in this action after the date of this Order and consistent with the Court's previous Order (ECF No. 33);

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants, consistent with the Court's previous Order (ECF No. 33);

3. The Plaintiff State of California shall notify the Court of its election to intervene or to decline intervention on or before May 2, 2023;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, on the Plaintiff States;

5. The Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the Plaintiff States;

7. All orders of this Court shall be sent to the Plaintiff States;

8. Should Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the written consent of the Plaintiff States will be solicited before a final ruling is issued; and

9. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen., § 2-604(a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

ENTERED this  1st  day of      March      , 2023.

*Charles Fleming*
_____
Hon. Charles E. Fleming
United States District Judge