**Exhibit 1: List of Rite Aid Stores**

| Store Name | Store Address | DEA Registration # | NPI # |
|---|---|---|---|
| Rite Aid Pharmacy 00116 | 907 North High Street, Millville, NJ 08332 | AR8604565 | 1437268851 |
| Rite Aid Pharmacy 00119 | 898 South Main Street, Centerville, OH 45458 | AR8632677 | 1518989615 |
| Rite Aid Pharmacy 00142 | 421 North High Street, Hillsboro, OH 45133 | AR8892463 | 1104832419 |
| Rite Aid Pharmacy 00193 | 147 West Liberty Street, Hubbard, OH 44425 | AR9115800 | 1013923325 |
| Rite Aid Pharmacy 00195 | 3527 Canfield Road, Youngstown, OH 44511 | AR9115812 | 1700995032 |
| Rite Aid Pharmacy 00256 | 1081 Mount Vernon Avenue, Marion, OH 43302 | BR5109788 | 1740391846 |
| Rite Aid Pharmacy 00277 | 332 South Main Street, Marion, OH 43302 | BR5109790 | 1881703130 |
| Rite Aid Pharmacy 00347 | 250 Englar Road, Ste 22, Westminster, MD 21157 | AR7473717 | 1316056757 |
| Rite Aid Pharmacy 00408 | 540 East Midlothian Boulevard, Youngstown, OH 44502 | AR6851984 | 1073622395 |
| Rite Aid Pharmacy 00449 | 590 West Main Street, New Lebanon, OH 45345 | AR7685588 | 1255340733 |
| Rite Aid Pharmacy 00687 | 249 Cuthbert Boulevard, Oaklyn, NJ 08107 | AR5314202 | 1912016320 |
| Rite Aid Pharmacy 00695 | 1360 Route 36, Hazlet, NJ 07730 | AR6375085 | 1730298159 |
| Rite Aid Pharmacy 00703 | 2704 Belmont Avenue, Youngstown, OH 44505 | AR4790487 | 1790874428 |
| Rite Aid Pharmacy 00712 | 5 East Ashtabula Street, Jefferson, OH 44047 | AR2113796 | 1053420380 |
| Rite Aid Pharmacy 00713 | 5001 Mahoning Avenue, Warren, OH 44483 | BR1869063 | 1871604975 |
| Rite Aid Pharmacy 00789 | 501 Clements Bridge Road, Barrington, NJ 08007 | AR5424370 | 1467561878 |
| Rite Aid Pharmacy 00794 | 900 Union Boulevard, Englewood, OH 45322 | AR5513456 | 1528177847 |
| Rite Aid Pharmacy 00803 | 300 Market St, Johnstown, PA 15901 | AR5683291 | 1417046152 |
| Rite Aid Pharmacy 00911 | 5498 Mahoning Avenue, Youngstown, OH 44515 | BR5805455 | 1932218294 |
| Rite Aid Pharmacy 00927 | 231 West Street, Gettysburg, PA 17325 | AR6602610 | 1275622904 |
| Rite Aid Pharmacy 00990 | 343 South Broad Street, Woodbury, NJ 08096 | AR6774144 | 1720197148 |
| Rite Aid Pharmacy 01006 | 34 South Allison Avenue, Xenia, OH 45385 | AR9287334 | 1437268760 |

**Exhibit 1: List of Rite Aid Stores**

| Store Name | Store Address | DEA Registration # | NPI # |
|---|---|---|---|
| Rite Aid Pharmacy 01092 | 2450 South Reynolds Road, Toledo, OH 43614 | AR9699832 | 1922014232 |
| Rite Aid Pharmacy 01167 | 633 South Broadway, Geneva, OH 44041 | AR1407685 | 1255440582 |
| Rite Aid Pharmacy 01186 | 1805 South Limestone Street, Springfield, OH 45505 | AR1349136 | 1073622304 |
| Rite Aid Pharmacy 01187 | 564 McAdams Drive, New Carlisle, OH 45344 | AR1349174 | 1932121035 |
| Rite Aid Pharmacy 01198 | 1502 Executive Drive, St. Marys, OH 45885 | AR1450193 | 1790894020 |
| Rite Aid Pharmacy 01217 | 5765 Secor Road, Toledo, OH 43623 | AR1520609 | 1427167758 |
| Rite Aid Pharmacy 01260 | 1915 Central Avenue, Middletown, OH 45044 | AR1606257 | 1831105147 |
| Rite Aid Pharmacy 01274 | 4400 Pennell Road, Aston, PA 19014 | AR1662267 | 1639268378 |
| Rite Aid Pharmacy 01282 | 11 Mansfield Avenue, Shelby, OH 44875 | AR1675959 | 1245349570 |
| Rite Aid Pharmacy 01283 | 207 North Court Street, Medina, OH 44256 | AR1675961 | 1063521391 |
| Rite Aid Pharmacy 01347 | 155 North Main Street, Rittman, OH 44270 | AR2023581 | 1881703114 |
| Rite Aid Pharmacy 01351 | 45 East Avenue, Tallmadge, OH 44278 | AR2023620 | 1477662708 |
| Rite Aid Pharmacy 01355 | 113 Erin Lane, Brodheadsville, PA 18322 | AR2093211 | 1346330461 |
| Rite Aid Pharmacy 01379 | 301 Greene Street, Marietta, OH 45750 | AR2183729 | 1235248568 |
| Rite Aid Pharmacy 01430 | 201 Washington Boulevard, Belpre, OH 45714 | BR5770296 | 1508975855 |
| Rite Aid Pharmacy 01433 | 99 Whittlesey Avenue, Norwalk, OH 44857 | AR2580810 | 1871602102 |
| Rite Aid Pharmacy 01459 | 825 Main Street, Zanesville, OH 43701 | BR5749063 | 1356363469 |
| Rite Aid Pharmacy 01570 | 6512 Franklin Boulevard, Cleveland, OH 44102 | AR2963521 | 1598874828 |
| Rite Aid Pharmacy 01576 | 901 West Midland Street, Bay City, MI 48706-4288 | AR2975223 | 1679682116 |
| Rite Aid Pharmacy 01635 | 306 East Main Street, Pomeroy, OH 45769 | AR3138030 | 1740296052 |
| Rite Aid Pharmacy 01659 | 437 North Wolf Creek Street, Brookville, OH 45309 | BR0131499 | 1588674378 |
| Rite Aid Pharmacy 01716 | 101 White Horse Pike, Clementon, NJ 08021 | BR0362929 | 1790895589 |

**Exhibit 1: List of Rite Aid Stores**

| Store Name | Store Address | DEA Registration # | NPI # |
|---|---|---|---|
| Rite Aid Pharmacy 01790 | 141 Meriden Road, Waterbury, CT 06705 | BR0721440 | 1831262831 |
| Rite Aid Pharmacy 01793 | 651 Lincoln Street, Cadiz, OH 43907 | BR0546171 | 1407965734 |
| Rite Aid Pharmacy 01803 | 10764 North Street, Garrettsville, OH 44231 | BR0431229 | 1659387967 |
| Rite Aid Pharmacy 01897 | 8130 Ohio River Road, Wheelersburg, OH 45694 | BR1311555 | 1851400196 |
| Rite Aid Pharmacy 01956 | 12311 Academy Road, Philadelphia, PA 19154 | BR1296880 | 1932298684 |
| Rite Aid Pharmacy 02077 | 713 North State Street, Girard, OH 44420 | BR5795604 | 1407965767 |
| Rite Aid Pharmacy 02248 | 639 Hamlin Highway, Lake Ariel, PA 18436 | BR2135691 | 1780774802 |
| Rite Aid Pharmacy 02303 | 101 West Main Street, Enon, OH 45323 | BR1749348 | 1679682918 |
| Rite Aid Pharmacy 02305 | 120 West Main Street, Russells Point, OH 43348 | BR1749362 | 1720094030 |
| Rite Aid Pharmacy 02313 | 1111 Scott Street, Napoleon, OH 43545 | BT1790826 | 1396854634 |
| Rite Aid Pharmacy 02397 | 419 Claremont Avenue, Ashland, OH 44805 | BT1790092 | 1831208172 |
| Rite Aid Pharmacy 02437 | 8619 Waynesburg Drive SE, Waynesburg, OH 44688 | BR2102008 | 1275642522 |
| Rite Aid Pharmacy 02441 | 800 Delaware Avenue, Marysville, OH 43040 | BR5891115 | 1871602151 |
| Rite Aid Pharmacy 02449 | 25 West Main Street, East Palestine, OH 44413 | BR1868984 | 1740370857 |
| Rite Aid Pharmacy 02452 | 569 South High Street, Cortland, OH 44410 | BR1868972 | 1457460701 |
| Rite Aid Pharmacy 02456 | 4053 South Main Street, Akron, OH 44319 | BR2011067 | 1851402952 |
| Rite Aid Pharmacy 02566 | 306 West Water Street, Oak Harbor, OH 43449 | BR2141442 | 1366551616 |
| Rite Aid Pharmacy 02574 | 1360 Boston Post Road, Milford, CT 06460 | AR9186443 | 1558470831 |
| Rite Aid Pharmacy 02583 | 1921 S. Defiance Road, Archbold, OH 43502 | BR2290524 | 1992814248 |
| Rite Aid Pharmacy 02590 | 267 North Main Street, Wellington, OH 44090 | BR6067626 | 1598874877 |
| Rite Aid Pharmacy 02629 | 120 South Main Street, New Carlisle, OH 45344 | BR2559586 | 1922018449 |
| Rite Aid Pharmacy 02637 | 1525 Cherry Street, Toledo, OH 43608 | BR3983219 | 1346359692 |

**Exhibit 1: List of Rite Aid Stores**

| Store Name | Store Address | DEA Registration # | NPI # |
|---|---|---|---|
| Rite Aid Pharmacy 02640 | 5411 Superior Avenue, Cleveland, OH 44103 | BR2621274 | 1083620397 |
| Rite Aid Pharmacy 02654 | 501 Water Street, Chardon, OH 44024 | BR2439645 | 1801905153 |
| Rite Aid Pharmacy 02665 | 10502 Saint Clair Avenue, Cleveland, OH 44108 | BR2660163 | 1891701108 |
| Rite Aid Pharmacy 02795 | 148 North Main Street, Woodsfield, OH 43793 | BR3019038 | 1356450605 |
| Rite Aid Pharmacy 03011 | 36212 Euclid Avenue, Willoughby, OH 44094 | AG2914655 | 1043329378 |
| Rite Aid Pharmacy 03016 | 2840 Youngstown Road SE, Warren, OH 44484 | BR6483503 | 1831200096 |
| Rite Aid Pharmacy 03028 | 1955 Cleveland Road, Wooster, OH 44691 | AG2910102 | 1710096045 |
| Rite Aid Pharmacy 03030 | 2532 East Third Street, Dayton, OH 45403 | BG0435190 | 1629187950 |
| Rite Aid Pharmacy 03031 | 10 W. National Road, Vandalia, OH 45377 | AG3038444 | 1538278866 |
| Rite Aid Pharmacy 03032 | 2148 Lake Avenue, Ashtabula, OH 44004 | AG2911560 | 1568478873 |
| Rite Aid Pharmacy 03037 | 1009 Park Avenue West, Mansfield, OH 44906 | AG2911596 | 1447369772 |
| Rite Aid Pharmacy 03041 | 28600 Chagrin Boulevard, Beachwood, OH 44122 | AG9341037 | 1477569788 |
| Rite Aid Pharmacy 03043 | 10090 Chester Avenue, Cleveland, OH 44106 | AG2924668 | 1386650695 |
| Rite Aid Pharmacy 03053 | 5795 State Road, Parma, OH 44134 | AG2926876 | 1275556987 |
| Rite Aid Pharmacy 03056 | 23709 Center Ridge Road, Westlake, OH 44145 | AG3038228 | 1881705952 |
| Rite Aid Pharmacy 03057 | 93 North Plains Road, The Plains, OH 45780 | AG1260746 | 1356450688 |
| Rite Aid Pharmacy 03058 | 2020 West State Street, Fremont, OH 43420 | AG2872299 | 1265541593 |
| Rite Aid Pharmacy 03060 | 614 Bradshaw Avenue, East Liverpool, OH 43920 | AG2850926 | 1609965334 |
| Rite Aid Pharmacy 03061 | 4332 Cleveland Avenue NW, Canton, OH 44709 | AG2765800 | 1992728604 |
| Rite Aid Pharmacy 03062 | 2154 Elm Road NE, Warren, OH 44483 | AG1298365 | 1174632400 |
| Rite Aid Pharmacy 03084 | 146 Woodman Drive, Dayton, OH 45431 | AG2790598 | 1083723316 |
| Rite Aid Pharmacy 03088 | 4328 North Main Street, Dayton, OH 45405 | AG2810794 | 1992814230 |

**Exhibit 1: List of Rite Aid Stores**

| Store Name | Store Address | DEA Registration # | NPI # |
|---|---|---|---|
| Rite Aid Pharmacy 03091 | 14701 Pearl Road, Strongsville, OH 44136 | AG8932027 | 1801905146 |
| Rite Aid Pharmacy 03095 | 242 Lincoln Way West, Massillon, OH 44647 | AG1968227 | 1194731406 |
| Rite Aid Pharmacy 03102 | 304 Harding Way West, Galion, OH 44833 | AG2873859 | 1538278874 |
| Rite Aid Pharmacy 03109 | 1560 Parkman Road NW, Warren, OH 44485 | AG2914302 | 1720197056 |
| Rite Aid Pharmacy 03117 | 2701 Market Street, Youngstown, OH 44507 | AG7378018 | 1356450696 |
| Rite Aid Pharmacy 03120 | 2800 Mahoning Avenue, Youngstown, OH 44509 | AG2900959 | 1265541502 |
| Rite Aid Pharmacy 03123 | 307 Boardman-Canfield Road, Youngstown, OH 44512 | AG2899500 | 1174632418 |
| Rite Aid Pharmacy 03131 | 20405 Chagrin Boulevard, Shaker Heights, OH 44122 | AG8144088 | 1871604959 |
| Rite Aid Pharmacy 03134 | 3700 North Dixie Drive, Dayton, OH 45414 | AG2062608 | 1023028701 |
| Rite Aid Pharmacy 03139 | 1320 East Stroop Road, Kettering, OH 45429 | AG7707699 | 1942311022 |
| Rite Aid Pharmacy 03143 | 1540 Canton Road, Akron, OH 44312 | AG7960102 | 1619086956 |
| Rite Aid Pharmacy 03144 | 2975 West Market Street, Fairlawn, OH 44333 | AG7960114 | 1003822313 |
| Rite Aid Pharmacy 03146 | 693 McCartney Road, Youngstown, OH 44505 | AG1298341 | 1831289941 |
| Rite Aid Pharmacy 03147 | 4914 Youngstown-Poland Road, Youngstown, OH 44514 | AG8913522 | 1437268778 |
| Rite Aid Pharmacy 03148 | 2323 Broadview Road, Cleveland, OH 44109 | AG8660448 | 1104937283 |
| Rite Aid Pharmacy 03151 | 325 East Waterloo Road, Akron, OH 44319 | AM1573612 | 1912913229 |
| Rite Aid Pharmacy 03153 | 15149 Snow Road, Brook Park, OH 44142 | AM1573636 | 1336159029 |
| Rite Aid Pharmacy 03155 | 29000 Lorain Road, North Olmsted, OH 44070 | AG1573650 | 1821004136 |
| Rite Aid Pharmacy 03157 | 3402 Clark Avenue, Cleveland, OH 44109 | AG1573674 | 1649286956 |
| Rite Aid Pharmacy 03163 | 21800 Libby Road, Maple Heights, OH 44137 | AM1573737 | 1255440590 |
| Rite Aid Pharmacy 03167 | 304 East State Street, Alliance, OH 44601 | AM1573775 | 1093826174 |
| Rite Aid Pharmacy 03169 | 4106 East Lake Road, Sheffield Lake, OH 44054 | AM1573799 | 1073622312 |

**Exhibit 1: List of Rite Aid Stores**

| Store Name | Store Address | DEA Registration # | NPI # |
|---|---|---|---|
| Rite Aid Pharmacy 03174 | 7796 Munson Road, Mentor, OH 44060 | AM1573840 | 1861501108 |
| Rite Aid Pharmacy 03179 | 1626 East Perry Street, Port Clinton, OH 43452 | AG2402737 | 1902812217 |
| Rite Aid Pharmacy 03180 | 1420 Sycamore Line Road, Sandusky, OH 44870 | AG2145969 | 1770692014 |
| Rite Aid Pharmacy 03181 | 14973 South Avenue, Columbiana, OH 44408 | AG2121375 | 1811903123 |
| Rite Aid Pharmacy 03185 | 940 Elida Avenue, Delphos, OH 45833 | BG0308343 | 1497864730 |
| Rite Aid Pharmacy 03191 | 530 West Market Street, Tiffin, OH 44883 | BR6330233 | 1245246552 |
| Rite Aid Pharmacy 03192 | 2574 Easton St NE, Canton, OH 44721 | AG2385638 | 1306955646 |
| Rite Aid Pharmacy 03195 | 180 North State Street, Painesville, OH 44077 | AG2932590 | 1215046552 |
| Rite Aid Pharmacy 03198 | 227 Market Avenue North, Canton, OH 44702 | AG2932982 | 1033228374 |
| Rite Aid Pharmacy 03230 | 710 North Main Street, Clyde, OH 43410 | BR3397038 | 1255347563 |
| Rite Aid Pharmacy 03246 | 2916 Linden Avenue, Dayton, OH 45410 | BR3536705 | 1700997806 |
| Rite Aid Pharmacy 03247 | 401 West North Street, Springfield, OH 45504 | AG2821406 | 1942319280 |
| Rite Aid Pharmacy 03266 | 117 South Main Street, Fredericktown, OH 43019 | BR3427867 | 1265541510 |
| Rite Aid Pharmacy 03310 | 52 Rockingham Road, Derry, NH 03038 | BR3160671 | 1467561860 |
| Rite Aid Pharmacy 03357 | 4 East Walton Street, Willard, OH 44890 | BR3353238 | 1538278882 |
| Rite Aid Pharmacy 03365 | 479 Main Street, Grafton, OH 44044 | BR3790549 | 1891804142 |
| Rite Aid Pharmacy 03466 | 109 Jefferson Street, Greenfield, OH 45123 | BR3825746 | 1164438479 |
| Rite Aid Pharmacy 03468 | 340 West Main Street, Carrollton, OH 44615 | BR3765964 | 1043233752 |
| Rite Aid Pharmacy 03486 | 11702 Lorain Avenue, Cleveland, OH 44111 | BR3888039 | 1982610291 |
| Rite Aid Pharmacy 03580 | 3710 Shawnee Road, Lima, OH 45806 | BR6325573 | 1043329329 |
| Rite Aid Pharmacy 03603 | 220 Third Street, Wellsville, OH 43968 | BR3893751 | 1619086964 |
| Rite Aid Pharmacy 03637 | 6363 Frankford Avenue, Philadelphia, PA 19135 | BR4071914 | 1881783546 |

**Exhibit 1: List of Rite Aid Stores**

| Store Name | Store Address | DEA Registration # | NPI # |
|---|---|---|---|
| Rite Aid Pharmacy 03700 | 114 12th Street NE, Canton, OH 44704 | BR3952074 | 1528177870 |
| Rite Aid Pharmacy 03741 | 515 North Main Street, Suffolk, VA 23434 | AD6273041 | 1700995008 |
| Rite Aid Pharmacy 03969 | 1115 West Prospect Avenue, Ashtabula, OH 44004 | BR4949357 | 1013028117 |
| Rite Aid Pharmacy 03972 | 811 East State Street, Sharon, PA 16146 | BR5147120 | 1497845416 |
| Rite Aid Pharmacy 04010 | 355 East Main Street, Lexington, OH 44904 | FR0694059 | 1851577076 |
| Rite Aid Pharmacy 04045 | 1434 South Black Horse Pike, Williamstown, NJ 08094 | FR1621273 | 1326276270 |
| Rite Aid Pharmacy 04071 | 475 E 185th Street, Euclid, OH 44119 | FR1208544 | 1760637169 |
| Rite Aid Pharmacy 04144 | 341 High Street, Somersworth, NH 03878 | BR4157740 | 1366551764 |
| Rite Aid Pharmacy 04245 | 142 Broad Street, Elyria, OH 44035 | BR5486940 | 1730298084 |
| Rite Aid Pharmacy 04247 | 218 Chestnut Street, Coshocton, OH 43812 | BR4899982 | 1427167774 |
| Rite Aid Pharmacy 04260 | 4299 Union Deposit Road, Harrisburg, PA 17111 | BR4992029 | 1043309701 |
| Rite Aid Pharmacy 04278 | 16207 Detroit Avenue, Lakewood, OH 44107 | BR5108053 | 1790791002 |
| Rite Aid Pharmacy 04279 | 15596 West High Street, Middlefield, OH 44062 | BR4776665 | 1073622320 |
| Rite Aid Pharmacy 04280 | 325 West Broad Street, Newton Falls, OH 44444 | BR4808462 | 1609985951 |
| Rite Aid Pharmacy 04296 | 1403 Wooster Road West, Barberton, OH 44203 | BR5010258 | 1336258680 |
| Rite Aid Pharmacy 04580 | 4580 Liberty Avenue, Vermilion, OH 44089 | BR5259379 | 1407965759 |
| Rite Aid Pharmacy 04605 | 4205 East Market Street, Warren, OH 44484 | BR5183784 | 1609882919 |
| Rite Aid Pharmacy 04616 | 208 East Central Avenue, Titusville, PA 16354 | BR5227346 | 1306935069 |
| Rite Aid Pharmacy 04683 | 2709 Broadway Avenue, Lorain, OH 44052 | BR5081423 | 1063521318 |
| Rite Aid Pharmacy 04708 | 501 East Emmitt Avenue, Waverly, OH 45690 | BR5513533 | 1922117274 |
| Rite Aid Pharmacy 04726 | 1914 Bailey Road, Cuyahoga Falls, OH 44221 | BR5154442 | 1144339490 |
| Rite Aid Pharmacy 04736 | 301 North Main Street, Findlay, OH 45840 | BR5509712 | 1265442453 |

**Exhibit 1: List of Rite Aid Stores**

| Store Name | Store Address | DEA Registration # | NPI # |
|---|---|---|---|
| Rite Aid Pharmacy 04739 | 2090 Erial Clementon Road, Sicklerville, NJ 08081 | BR5681184 | 1972612349 |
| Rite Aid Pharmacy 04748 | 3875 Salem Avenue, Dayton, OH 45406 | BR5511490 | 1801907910 |
| Rite Aid Pharmacy 04764 | 8085 Broadview Road, Broadview Heights, OH 44147 | BR6106872 | 1316056690 |
| Rite Aid Pharmacy 04766 | 2853 Grove Avenue, Lorain, OH 44055 | BR5206594 | 1518973825 |
| Rite Aid Pharmacy 04767 | 230 South Main Street, Bellefontaine, OH 43311 | BR5509724 | 1558470807 |
| Rite Aid Pharmacy 04784 | 30500 Lakeshore Boulevard, Willowick, OH 44095 | BR5396242 | 1427064732 |
| Rite Aid Pharmacy 04811 | 780 High Street, Wadsworth, OH 44281 | BR5660471 | 1003830357 |
| Rite Aid Pharmacy 04814 | 222 South Main Street, Orrville, OH 44667 | BR5713739 | 1336155647 |
| Rite Aid Pharmacy 04819 | 1881 North Black Horse Pike, Williamstown, NJ 08094 | BR5549653 | 1245349612 |
| Rite Aid Pharmacy 04825 | 1158 Wilmington Avenue, Dayton, OH 45420 | BR5776503 | 1245349505 |
| Rite Aid Pharmacy 04832 | 1045 Wheeling Avenue, Cambridge, OH 43725 | BR5424178 | 1205945557 |
| Rite Aid Pharmacy 04847 | 6655 North Ridge Road, Madison, OH 44057 | BR5424166 | 1104935451 |
| Rite Aid Pharmacy 04916 | 24892 John J Williams Highway, Unit 3, Millsboro, DE 19966 | BR6237158 | 1538278817 |
| Rite Aid Pharmacy 04937 | 334 West Perkins Avenue, Sandusky, OH 44870 | BR5691642 | 1063523173 |
| Rite Aid Pharmacy 04947 | 100 South Leavitt Road, Amherst, OH 44001 | BR5909075 | 1295844561 |
| Rite Aid Pharmacy 04953 | 3871 Center Road, Brunswick, OH 44212 | BR6104260 | 1407965783 |
| Rite Aid Pharmacy 04975 | 27175 Center Ridge Road, Westlake, OH 44145 | BR6044793 | 1780793067 |
| Rite Aid Pharmacy 04993 | 46 Allenstown Road, Allenstown, NH 03275 | BR5678252 | 1104935519 |
| Rite Aid Pharmacy 06678 | 801 Dixie Highway, Rossford, OH 43460 | FR0827696 | 1902072994 |
| Rite Aid Pharmacy 06679 | 105 Golden Gate Plaza, Maumee, OH 43537 | FR0827824 | 1417123415 |
| Rite Aid Pharmacy 06681 | 5890 Monroe Street, Sylvania, OH 43560 | FR0827761 | 1346416062 |
| Rite Aid Pharmacy 06683 | 3911 Secor Road, Toledo, OH 43623 | FR0827785 | 1255507976 |

**Exhibit 1: List of Rite Aid Stores**

| Store Name | Store Address | DEA Registration # | NPI # |
|---|---|---|---|
| Rite Aid Pharmacy 07712 | 13353 Cleveland Avenue NW, Uniontown, OH 44685 | BR7594167 | 1952410235 |
| Rite Aid Pharmacy 07728 | 722-740 South Main Street, Bowling Green, OH 43402 | BR7594179 | 1861501140 |
| Rite Aid Pharmacy 07817 | 7504 West Central Avenue, Toledo, OH 43617 | FR0120042 | 1740332683 |
| Rite Aid Pharmacy 07844 | 610 S Main Street, Ada, OH 45810 | BR9791472 | 1831134733 |
| Rite Aid Pharmacy 07850 | 620 E. Allegheny Avenue, Emporium, PA 15834 | FR0193627 | 1164549069 |
| Rite Aid Pharmacy 07928 | 3230 W Elm Street, Lima, OH 45805 | FR1141213 | 1831349786 |
| Rite Aid Pharmacy 07939 | 1233 Som Center Road, Mayfield Heights, OH 44124 | FR0692485 | 1700063674 |
| Rite Aid Pharmacy 07945 | 3362 Navarre Avenue, Oregon, OH 43616 | FR0626688 | 1720260516 |
| Rite Aid Pharmacy 07946 | 8310 Sylvania Metamora Road, Sylvania, OH 43560 | FR0544317 | 1972798056 |