**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. White, at al., <br><br> Plaintiffs, <br><br> v. <br><br> RITE AID CORPORATION, et al., <br><br> Defendants. | Case. No. 21-cv-01239 <br><br> Judge Charles E. Fleming <br><br> **STIPULATION AND ORDER** |

Plaintiff the United States of America (the "United States") and Defendants Rite Aid Corporation,[1] Rite Aid of Connecticut, Inc., Rite Aid of Delaware, Inc., Rite Aid of Maryland, Inc., Rite Aid of Michigan, Inc., Rite Aid of New Hampshire, Inc., Rite Aid of New Jersey, Inc., Rite Aid of Ohio, Inc., Rite Aid of Pennsylvania, Inc., Rite Aid of Virginia, Inc., and Rite Aid Hdqtrs. Corp. ("Defendants"), have reached the following agreements subject to the approval of the Court.

WHEREAS, on March 13, 2023, the United States filed a Complaint in Intervention ("Complaint") against Defendants;

---

[1] By entering into this stipulation, Defendants do not waive, but instead preserve, any and all arguments and defenses they may have, including as to jurisdiction.

WHEREAS, under Federal Rule of Civil Procedure 4 Defendants waived service of the Complaint such that their responsive pleading is currently due on May 12, 2023;

WHEREAS, the parties agree and stipulate that:

1. Defendants shall have an additional 30 days to file their responsive pleading(s), until June 12, 2023;

2. Should Defendants file any motions as responsive pleadings, the United States shall have an additional 30 days to file its response(s) (in addition to the 30 days allotted under the Federal Rules);

3. Defendants shall have an additional 14 days to file any replies in support of their motion(s) (in addition to the 14 days allotted under the Federal Rules).

**IT IS SO STIPULATED.**


[signatures on following page]

Dated: March 24, 2023

| | |
|---|---|
| **OFFICE OF THE UNITED STATES ATTORNEY, NORTHERN DISTRICT OF OHIO**<br><br>By: /s/ Elizabeth L. Berry<br>  Patricia M. Fitzgerald<br>  Elizabeth L. Berry<br>  United States Court House<br>  801 West Superior Avenue, Suite 400<br>  Cleveland, OH 44113<br>  Telephone: (216) 622-3779/3682<br>  Fax: (216) 522-2404<br>  Patricia.Fitzgerald2@usdoj.gov<br>  Elizabeth.Berry2@usdoj.gov<br><br>**UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION**<br><br>By: /s/ Christopher G. Wilson<br>  Christopher G. Wilson<br>  P.O. Box 261<br>  Washington, D.C. 20044<br>  Telephone: (614) 255-1630<br>  Fax: (614) 469-2769<br>  Christopher.G.Wilson@usdoj.gov<br><br>*Attorneys for United States of America* | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: /s/ Daniel M. Finer<br>  Daniel M. Finer<br>  One Oxford Centre<br>  Pittsburgh, PA 15219<br>  Telephone: (412) 560-7840<br>  daniel.finer@morganlewis.com<br><br>  Eric W. Sitarchuk*<br>  John M. Maloy*<br>  1701 Market Street<br>  Philadelphia, PA 19103<br>  Telephone: (215) 963-5840<br>  eric.sitatchuk@morganlewis.com<br>  john.maloy@morganlewis.com<br><br>  Kelly A. Moore*<br>  101 Park Avenue<br>  New York, NY 10178<br>  Telephone: (212) 309-6612<br>  kelly.moore@morganlewis.com<br><br>*Attorneys for Defendants* |

\* Motions for admission *pro hac vice* pending

SO ORDERED:

_/s/ Charles Fleming_
United States District Judge

Date: March 27, 2023