# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. White, et al., | § § § | CASE NO.: 1:21CV1239 |
| Plaintiff, | § § | |
| v. | § § | JUDGE CHARLES E. FLEMING |
| RITE AID CORPORATION, et al., | § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER GRANTING
## RITE AID CORPORATION'S MOTION TO DISMISS

Before the Court is Rite Aid Corporation's Motion to Dismiss. Having considered the record and the submissions of the parties herein,

**IT IS HEREBY ORDERED** that Rite Aid Corporation's Motion to Dismiss is **GRANTED** in its entirety and the government's complaint is **DISMISSED.** The clerk shall enter judgment in Rite Aid Corporation's favor.

IT IS SO ORDERED

Dated this __ day of __, 2023.

_____

Honorable Charles E. Fleming
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed on June 12, 2023 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ Eric W. Sitarchuk
Eric W. Sitarchuk