IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. White, et al., | ) ) ) | CASE NO.: 1:21CV1239 |
| | ) | JUDGE CHARLES E. FLEMING |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RITE AID CORPORATION, et al., | ) | <u>STIPULATION AND ORDER</u> |
| Defendants. | ) ) | |

Plaintiff the United States of America (the "United States") respectfully moves the Court to amend the Stipulation and Order, entered March 27, 2023. (ECF No. 46.) Defendants Rite Aid Corporation, Rite Aid of Connecticut, Inc., Rite Aid of Delaware, Inc., Rite Aid of Maryland, Inc., Rite Aid of Michigan, Inc., Rite Aid of New Hampshire, Inc., Rite Aid of New Jersey, Inc., Rite Aid of Ohio, Inc., Rite Aid of Pennsylvania, Inc., Rite Aid of Virginia, Inc., and Rite Aid Hdqtrs. Corp. ("Defendants") (collectively, the "Parties") do not oppose this Motion.

The Parties previously stipulated to the following briefing schedule: Defendants' responsive pleadings were due on June 12, 2023, the United States' responses were due sixty days thereafter, and Defendants' replies were due twenty-eight days thereafter. (*See id.* at 2.)

Because Defendants filed their motions to dismiss on June 12, 2023, the United States' responses are currently due on August 11, 2023.

Due to extenuating personal circumstances, the Parties have agreed, subject to the approval of the Court, to a two-week extension for the United States to file its responsive briefs and a corresponding two-week extension for Defendants to file their replies. Therefore, the United States' responsive briefs would be due on or before August 25, 2023, and Defendants' replies due on or before October 6, 2023.

Given the breadth and complexity of the issues raised in this case, an extension of time will allow the Parties to prepare the most helpful memoranda to assist this Court in effectively and efficiently considering these significant issues. An extension is therefore in the interests of justice.

Respectfully submitted,

| | |
|---|---|
| REBECCA C. LUTZKO<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| By: /s/ Elizabeth L. Berry<br>  Elizabeth L. Berry (OH: 0095524)<br>  Patricia M. Fitzgerald (PA: 308973)<br>  Assistant United States Attorneys<br>  United States Court House<br>  801 West Superior Avenue, Suite 400<br>  Cleveland, OH 44113<br>  (216) 622-3682/3779<br>  (216) 522-2404 (facsimile)<br>  Elizabeth.Berry2@usdoj.gov<br>  Patricia.Fitzgerald2@usdoj.gov | Jaime A. Yavelberg<br>Natalie A. Waites<br>Christopher G. Wilson (OH: 0092705)<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 261<br>Washington, D.C. 20044<br>Phone: (614) 255-1630<br>Fax: (614) 469-2769<br>Christopher.G.Wilson@usdoj.gov |

**SO ORDERED:**

*Charles Fleming* (signature)

**Charles E. Fleming**
**United States District Judge**

Date: July 17, 2023