IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. White, et al., | ) ) ) | CASE NO.: 1:21CV1239 |
| | ) | JUDGE CHARLES E. FLEMING |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RITE AID CORPORATION, et al., | ) ) | <u>THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL</u> |
| Defendants. | ) | |

On July 24, 2023, Relators Andrew White, Mark Rosenberg, and Ann Wegelin ("Relators") filed Plaintiffs-Relators' Motion to Voluntarily Dismiss Certain Claims Without Prejudice Under Fed. R. Civ. P. 21. (ECF No. 62.) Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of the non-intervened claims and defendants listed in Relators' Motion without prejudice to the rights of the United States. The United States has determined that dismissal of these claims and defendants is commensurate with the public interest and avoids the continued expenditure of government resources to pursue or monitor them based on currently available information.

Respectfully submitted,

| | |
|---|---|
| REBECCA C. LUTZKO<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| By: /s/ Elizabeth L. Berry<br>    Elizabeth L. Berry (OH: 0095524)<br>    Patricia M. Fitzgerald (PA: 308973)<br>    Assistant United States Attorneys<br>    United States Court House<br>    801 West Superior Avenue, Suite 400<br>    Cleveland, OH 44113<br>    (216) 622-3682/3779<br>    (216) 522-2404 (facsimile)<br>    Elizabeth.Berry2@usdoj.gov<br>    Patricia.Fitzgerald2@usdoj.gov | Jaime A. Yavelberg<br>Natalie A. Waites<br>Christopher G. Wilson (OH: 0092705)<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 261<br>Washington, D.C. 20044<br>Phone: (614) 255-1630<br>Fax: (614) 469-2769<br>Christopher.G.Wilson@usdoj.gov |