IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. White, et al., | ) CASE NO.: 1:21CV1239 ) |
| | ) JUDGE CHARLES E. FLEMING |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RITE AID CORPORATION, et al., | ) NOTICE OF TERMINATION OF CO- |
| | ) COUNSEL |
| Defendants. | ) |

Notice is hereby given that Lyle W. Gruby, Trial Attorney, withdraws as co-counsel of record for Plaintiff United States of America. Remaining counsel of record will continue to represent the United States in this matter.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General
Civil Division

By: /s/ Lyle W. Gruby
Jaime A. Yavelberg
Natalie A. Waites
Lyle W. Gruby (TN: 036032)

U.S. Department of Justice - N Street
Three Constitution Square
175 N Street NE
Ste. 10.213
Washington, DC 20002
Phone: (202) 616-7986
Fax: (614) 469-2769
Lyle.W.Gruby@usdoj.gov

*Attorney for United States of America*